# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )  1: 10-CR-00381 LJO<br> )<br> )<br>RAYMOND JAMES GRAHAM ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
                (**X**) Ad Prosequendum                            ( ) Ad Testificandum.
Name of Detainee:     Raymond James Graham
Detained at (custodian): Salinas Valley State Prison

Detainee is:    a.)    (**X**) charged in this district by:
                      (**X**) Indictment           ( ) Information           ( ) Complaint
                  Charging Detainee With:   **18 U.S.C. 922(g)(1) - Felon In Possession Of A Firearm**

   or      b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)    (**X**) return to the custody of detaining facility upon termination of proceedings
      or      b.)    ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

                           Signature:       /s/ Kimberly A. Sanchez
                           Printed Name & Phone No: Kimberly Sanchez/ 559-497-4000
                           Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS
                (**X**) Ad Prosequendum                            ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

5 January 2011                                /s/ *Dennis L. Beck*
Date                                         United States District/Magistrate Judge
Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | N/A | Male X | Female |
| Booking or CDC #: | F11551 | DOB: | |
| | Release Date: Unknown | Race: | |
| | | FBI #: | |
| Facility Phone: | | | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

Executed on _____ by _____      _____
                                                                               (Signature)