BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | CASE NO. 1:10-CR-00381 LJO |
| ) | |
| Plaintiff,  ) | STIPULATION AND |
| ) | ORDER FOR EXTENSION OF TIME |
| v.                                  ) | FOR GOVERNMENT TO FILE RESPONSE |
| ) | TO DEFENDANT'S MOTION TO |
| RAYMOND GRAHAM,                     ) | SUPPRESS |
| ) | |
| Defendant.  ) | |
| ) | |
| ) | |

   IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Charles Lee, attorney for defendant, that the due date of July 8, 2011 for the government's response to defendant's motion to suppress be extended to July 11, 2011.  There is no request to reschedule the hearing set for July 15, 2011.

   The case agent is out of town until Monday, July 11, 2011, and the government needs to consult with him regarding an issue raised in the motion to suppress.  Undersigned counsel contacted the defendant's attorney, Charles Lee, who said the defense has no objection to the one day extension of time to file the response.

1

1  Thus, the government respectfully requests this Honorable Court
2  to permit it to file its response on Monday, July 11, 2011.
3  Dated: July 8, 2011                    Respectfully submitted,
4                                         BENJAMIN B. WAGNER
                                          United States Attorney
5
6                                  By     /s/ Kimberly A. Sanchez
                                          KIMBERLY A. SANCHEZ
7                                         Assistant U.S. Attorney

8  Dated: July 8, 2011                    /s/ Charles Lee
                                          CHARLES LEE
9                                         Attorney for Defendant

14 IT IS SO ORDERED.
15 **Dated:   July 11, 2011**                    /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE