BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>RAYMOND GRAHAM,<br><br>                Defendant. | CASE NO. 1:10-CR-00381 LJO<br><br>MOTION AND<br>ORDER FOR EXTENSION OF TIME<br>FOR GOVERNMENT TO FILE<br>OPPOSITION TO DEFENDANT'S<br>MOTION FOR A NEW TRIAL |

    Benjamin B. Wagner, United States Attorney by and through Kimberly A. Sanchez, Assistant U.S. Attorney file this motion to extend the government's time to file a response to the defendant's Motion for a New Trial.

    On or about December 15, 2011, the defendant filed a Motion for a New Trial, etc.  Pursuant to Local Rule 12-430(d), opposition briefs must be filed and served on opposing parties within seven court days following personal service of the motion or ten court days following other service of the motion.  Such timing would require the government to file a response to the defendant's motion on or before December 30, 2011.  The defendant's Motion for a New Trial, etc.

relies upon extensive factual assertions regarding testimony that was elicited at trial. In order to accurately respond, the government needs to review and cite to the transcript from the trial. The government has contacted the court reporter who indicated that she could prepare an expedited transcript in 30 days from today, December 16, 2011 which would be January 15, 2012. The government contacted Charles Lee and Jeremy Kroger, counsel for the defendant to inquire whether they objected to a 45 day extension of time to file the government's response. Mr. Lee indicated that the defendant wants the motion heard as soon as possible and objects to an extension of the government's time to file a response.

Nonetheless, the government respectfully requests this Honorable Court to permit it to file its response to the Defendant's Motion for a New Trial on or before February 13, 2012.

Dated: December 16, 2011                Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                  By    /s/ Kimberly A. Sanchez
                                        KIMBERLY A. SANCHEZ
                                        Assistant U.S. Attorney

ORDER

The Defense Counsel now agree to the extension, and themselves ask for 3 weeks to reply. The Government opposition is due on or before February 13, 2012; Defense Reply is due on or before March 5, 2012; Hearing on the motion will be at 11:30 a.m. on March 12, 2012.

IT IS SO ORDERED.

**Dated:   December 20, 2011**            **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE