DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
RAYMOND JAMES GRAHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-cr-0381 LJO |
| *Plaintiff,* | STIPULATION AND ORDER TO CONTINUE MOTIONS HEARING |
| v. | DATE:  March 26, 2012 |
| RAYMOND JAMES GRAHAM, | TIME:  10:30 A.M. |
| *Defendant.* | JUDGE:  Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the motions hearing in the above-captioned matter now set for March 12, 2012, **may be continued to March 26, 2012 at 10:30 A.M.** The parties further request that all filing deadlines be extended one week.

The current motions schedule has the adjudication of this motion set earlier on the same date as the sentencing hearing. The parties request the two hearings be separated as they are completely different in nature and the parties would like to focus on one hearing at a time. Additionally, the requested date will comport with both counsel's calendars.

///

///

///

As this is a post-trial motion, no exclusion of time is necessary under the Speedy Trial Act.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: February 2, 2012      By:    /s/ Kimberly A. Sanchez
                                    KIMBERLY A. SANCHEZ
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: February 2, 2012      By:    /s/ Charles J. Lee
                                    CHARLES J. LEE
                                    Assistant Federal Defender
                                    Attorneys for Defendant
                                    RAYMOND JAMES GRAHAM

**O R D E R**

The request is granted.  Good cause exists.

The motions will be heard at 10 a.m. on March 26, 2012.

The sentencing will take place on April 2, 2012 at 9:15 a.m.

IT IS SO ORDERED.

**Dated:    February 3, 2012**                    /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE

Graham - Stipulation and Order to
Continue Motions Hearing                     2