DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
RAYMOND JAMES GRAHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-cr-0381 LJO |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| v. | |
| RAYMOND JAMES GRAHAM, | DATE: April 23, 2012 |
| | TIME: 10:30 A.M. |
| Defendant. | JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for April 2, 2012, **may be continued to April 23, 2012 at 10:30 A.M.**

Defense has filed a motion to dismiss/motion for new trial which is currently scheduled for March 12, 2012, the same date as the sentencing hearing. A joint stipulation has been filed requesting the motions hearing be heard on March 26, 2012. The parties are further requesting the sentencing hearing be set out to April 23, 2012. The parties are requesting that the two hearings be separated as they are completely different in nature and the parties would like to focus on one hearing at a time.

///

///

///

As this is a post-trial motion, no exclusion of time is necessary under the Speedy Trial Act.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: February 2, 2012      By:   /s/ Kimberly A. Sanchez
                                   KIMBERLY A. SANCHEZ
                                   Assistant United States Attorney
                                   Attorney for Plaintiff


                                   DANIEL J. BRODERICK
                                   Federal Defender

DATED: February 2, 2012      By:   /s/ Charles J. Lee
                                   CHARLES J. LEE
                                   Assistant Federal Defender
                                   Attorneys for Defendant
                                   RAYMOND JAMES GRAHAM


**O R D E R**

IT IS SO ORDERED.

**Dated:   February 7, 2012**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

Graham - Stipulation and [Proposed] Order to Continue Sentencing Hearing

2