1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   CHARLES J. LEE, Bar #221057
    Assistant Federal Defender
3   Designated Counsel for Service
    JEREMY S. KROGER, Bar #258956
4   Assistant Federal Defender
    2300 Tulare Street, Suite 330
5   Fresno, California  93721-2226
    Telephone: (559) 487-5561
6
7   Attorney for Defendant

8

9                      IN THE UNITED STATES DISTRICT COURT

10                   FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,          )   No. 1:10-cr-00381 LJO
                                       )
13                  Plaintiff,         )        **SEALING ORDER**
                                       )
14        v.                           )
                                       )
15  RAYMOND JAMES GRAHAM,              )   Court:  Hon. Lawrence J. O'Neill
                                       )
16                  Defendant.         )
                                       )
17  _____   )

18

19        GOOD CAUSE APPEARING, it is HEREBY ORDERED that the defense *Motion To Withdraw*

20  *As Counsel Of Record, And For Appointment Of New Counsel and the Exhibits attached thereto, and the*

21  *Motion to File Documents Under Seal* shall be filed **_under seal_** pending further order of the court.

22        **IT IS SO ORDERED.**

23  DATED:  March 16 , 2012

24                                          /s/ Lawrence J. O'Neill

25                                          _____
                                            LAWRENCE J. O'NEILL, Judge
26                                          United States District Court

27

28