1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   JEREMY S. KROGER, Bar #258956
3  Assistant Federal Defenders
   Designated Counsel for Service
4  2300 Tulare Street, Suite 330
   Fresno, California  93721-2226
5  Telephone: (559) 487-5561

6  Attorneys for Defendant
   RAYMOND JAMES GRAHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:10-cr-00381 LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION;   ORDER DENYING A CONTINUANCE of MOTIONS HEARING |
| v. | ) | DATE:  March 26, 2012 |
| RAYMOND JAMES GRAHAM, | ) | TIME:   10:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that the motions hearing in the above-captioned matter now set for March 26, 2012, **may be vacated and the matter set for a status conference on April 9, 2012 at 8:30 a.m.**

The parties request this status conference because the parties have been unable to resolve the outstanding issues through negotiations and, due to a conflict, defense counsel will be proceeding with its pending Motion to Withdraw.

///

///

///

///

///

As this is a post-trial motion, no exclusion of time is necessary under the Speedy Trial Act.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: March 22, 2012            By:   /s/ Kimberly A. Sanchez
                                       KIMBERLY A. SANCHEZ
                                       Assistant United States Attorney
                                       Attorney for Plaintiff


                                       DANIEL J. BRODERICK
                                       Federal Defender

DATED: March 22, 2012            By:   /s/ Jeremy Kroger
                                       JEREMY KROGER
                                       CHARLES J. LEE
                                       Assistant Federal Defender
                                       Attorneys for Defendant
                                       RAYMOND JAMES GRAHAM

# **O R D E R**

The request to continue the hearings set for March 26, 2012 at 10:00 a.m. pursuant to stipulation is DENIED.  On that date, at that time, the Court will:

1. Deny the motion of counsel to withdraw on the basis of mootness (see #3, below);

2. Rule on the motion for new trial;

3. If the motion for new trial is denied, sentence the defendant on Counts 1 and 2 concurrently.

IT IS SO ORDERED.

**Dated:   March 22, 2012**                    /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE

Graham - Stipulation and [Proposed] Order to Vacate Motions Hearing                    2