```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
JEREMY S. KROGER, Bar #258956
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
RAYMOND JAMES GRAHAM
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-CR-00381 LJO |
| *Plaintiff,* | STIPULATION AND ORDER TO CONTINUE MOTIONS HEARING |
| v. | DATE: April 9, 2012 |
| RAYMOND JAMES GRAHAM, | TIME: 10:00 a.m. |
| *Defendant.* | JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that the motions hearing in the above-captioned matter now set for March 26, 2012, **may be continued April 9, 2012 at 8:30 a.m.**

In light of the Court's ruling that rendered moot defense counsel's Motion to Withdraw, defense counsel is prepared to proceed on Defendant's Motion for a New Trial.  The defense requests this brief continuance, however, because lead defense counsel, who was solely responsible for researching and drafting the pending motion, is unavailable on March 26, 2012, due to an unforseen medical emergency.  The government does not oppose this two-week continuance for continuity-of-counsel purposes, and the continuance will not postpone the ultimate resolution of this case if the pending motion should be denied.

///

///

As this is a post-trial motion, no exclusion of time is necessary under the Speedy Trial Act.

                                    Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATED: March 22, 2012            By:   /s/ Kimberly A. Sanchez
                                    KIMBERLY A. SANCHEZ
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

                                    DANIEL J. BRODERICK
                                    Federal Defender

DATED: March 22, 2012            By:   /s/ Jeremy Kroger
                                    JEREMY KROGER
                                    CHARLES J. LEE
                                    Assistant Federal Defender
                                    Attorneys for Defendant
                                    RAYMOND JAMES GRAHAM

## **O R D E R**

Good medical cause has been stated.  The request for a continuance is GRANTED to April 9, 2012 at 10:00 a.m.

IT IS SO ORDERED.

**Dated:   March 22, 2012**                /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE