DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
JEREMY S. KROGER, Bar #258956
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
RAYMOND JAMES GRAHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>RAYMOND JAMES GRAHAM,<br><br>    *Defendant.* | No. 1:10-cr-00381 LJO<br><br>STIPULATION AND ORDER TO CONTINUE MOTIONS HEARING (No time change)<br><br>DATE: July 9, 2012<br>TIME: 10:30 a.m.<br>JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that the motions hearing in the above-captioned matter now set for April 9, 2012, and sentencing hearing now set for April 23, 2012, **may be continued July 2, 2012 at 8:30 a.m.**

The defense now has additional information on lead defense counsel's illness. Counsel has been released from the hospital and is continuing his recovery at home. He is expected to return to the office in approximately two months. This requested continuance would therefore allow for continuity of counsel. It would also greatly ease the burden of the Office of the Federal Defender, which is currently scrambling to navigate the additional burdens imposed by the sudden and unexpected departure of two Assistant Federal Defenders.

///

///

As this is a post-trial motion, no exclusion of time is necessary under the Speedy Trial Act.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: April 5, 2012        By:    /s/ Kimberly A. Sanchez
                                   KIMBERLY A. SANCHEZ
                                   Assistant United States Attorney
                                   Attorney for Plaintiff


                                   DANIEL J. BRODERICK
                                   Federal Defender

DATED: April 5, 2012        By:    /s/ Jeremy Kroger
                                   JEREMY KROGER
                                   CHARLES J. LEE
                                   Assistant Federal Defender
                                   Attorneys for Defendant
                                   RAYMOND JAMES GRAHAM


**O R D E R**

GOOD CAUSE DUE TO ILLNESS HAS BEEN STATED. REQUEST GRANTED.

ALL MOTIONS AND SENTENCING ARE CONTINUED TO **JULY 9, 2012 AT 10:30**.

IT IS SO ORDERED.

**Dated: April 5, 2012**

                              /s/ Lawrence J. O'Neill
                              Hon. Lawrence J. O'Neill
                              United States District Judge

Graham - Stipulation and Order to
Continue Motions Hearing                    2