Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, CA 93712
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant RAYMOND JAMES GRAHAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA, | ) Case No. 1:10-CR-00381-JLT |
|---|---|
| Plaintiff, | ) **STIPULATION AND** |
| vs. | ) **ORDER TO CONTINUE STATUS** |
|  | ) **CONFERENCE HEARING** |
| RAYMOND JAMES GRAHAM, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by the defendant, RAYMOND JAMES GRAHAM, by and through his counsel, Serita Rios, and the United States of America, by and through its counsel, Assistant United States Attorney, Laura Jean Berger, that the Status Conference hearing currently set for June 27, 2022, be continued to July 11, 2022.

Defense counsel was recently appointed to represent Mr. Graham and would like an opportunity to review discovery, meet with Mr. Graham, and discuss a

potential disposition with United States Probation. For these reasons, the parties are in agreement to continue the currently set Status Conference hearing to July 11, 2022.

IT IS SO STIPULATED.

Dated: June 23, 2022

*/s/ Serita Rios*
_____
**Serita Rios**
Attorney for Defendant

Dated: June 23, 2022

*/s/ Laura Jean Berger*
_____
**Laura Jean Berger**
Assistant United States Attorney

-------------------------------------------------------------------------------------------------------

### ORDER

For the reasons stated above, the parties are in agreement to continue the currently set Status Conference hearing to July 11, 2022, at 2:00 pm before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated:   **June 23, 2022**            /s/ Erica P. Grosjean
_____
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE HEARING

-2-