IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  1:10-CR-00381-001 JLT |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| RAYMOND JAMES GRAHAM, | |
| Defendant. | |

The above-named defendant having been sentenced on August 19, 2022, to Time Served, The defendant has been accepted to the Poverello House Substance Abuse Treatment Program, an inpatient facility located in Fresno, California.

IT IS HEREBY ORDERED that the defendant shall be released on Wednesday, August 24, 2022, at 8:00am,  to a representative of the Poverello House.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:   **August 22, 2022**

UNITED STATES DISTRICT JUDGE