Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, California 93712
Phone (559) 224-1800
Fax (559) 224-1806
E-Mail: serita@seritarioslaw.com

Attorney for Defendant RAYMOND JAMES GRAHAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> RAYMOND JAMES GRAHAM, ) <br> ) <br> Defendant. ) <br> ) | Case No.  1:10-CR-00381-JLT <br><br> **STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER** <br><br> Date: June 26, 2024 <br> Time: 2:00 p.m. <br> Court: Hon. Barbara A. McAuliffe |

Defense Counsel, Serita Rios, and Assistant United States Attorney, Cody Chapple, hereby stipulate as follows:

1. Defense counsel was appointed to represent defendant, Raymond Graham, on June 6, 2024.

2. By previous order, this matter was set for a status conference hearing on June 26, 2024.

3. Defense counsel would like additional time to review the case, investigate the charges, and consult with the defendant.

4. The parties agree that the status conference be continued to July 10, 2024.

STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER

-1-

IT IS SO STIPULATED.

Dated: June 20, 2024

                                                  */s/ Serita Rios*
                                                  _____
                                                  **SERITA RIOS**
                                                  Attorney for Defendant

Dated: June 20, 2024

                                                  */s/ Cody Chapple*
                                                  _____
                                                  **CODY CHAPPLE**
                                                  Assistant United States Attorney

---

## **ORDER**

IT IS SO ORDERED that the status conference is continued from June 26, 2024, to **July 10, 2024, at 2:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated:   **June 20, 2024**                          /s/ Barbara A. McAuliffe
                                                      UNITED STATES MAGISTRATE JUDGE