Serita Rios, SBN# 246568
Law Office of Serita Rios
1435 L. Street
Fresno, CA 93721
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant RAYMOND JAMES GRAHAM

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 1:10-CR-00381-JLT |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; (PROPOSED] ORDER** |
| vs. | |
| RAYMOND JAMES GRAHAM, | Date: July 13, 2026 |
| Defendant. | Time: 9:00 a.m. |
| | Court: Hon. Jennifer L. Thurston |

This matter is set for sentencing for a supervised release violation on July 13, 2026. Defense counsel is unavailable on the currently scheduled sentencing date. The parties have agreed to continue the sentencing hearing to allow counsel to be present.

IT IS HEREBY STIPUALTED by and between the parties through their respective attorneys of record, that the sentencing hearing in the above matter currently set for July 13, 2026, be continued to August 31, 2026.

Dated: July 6, 2026              /s/ Serita Rios
_____
**Serita Rios**
Attorney for Defendant

Dated: July 6, 2026              /s/ Calvin Lee
_____
**Calvin Lee**
Assistant U.S. Attorney

STIPULATION TO CONTINUE SENTENCING HEARING

-1-

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated:    July 6, 2026

UNITED STATES DISTRICT JUDGE

**STIPULATION TO CONTINUE SENTENCING HEARING**